UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

MARK A. VICKERS ) No. 10-423
V. )
COMMISSIONER OF SOCIAL )
SECURITY, MICHAEL J. ASTRUE )

## ORDER OF COURT GRANTING
## MOTION FOR PRO HAC VICE ADMISSION

AND NOW this  8TH  day of  APRIL , 2010, the Motion for Pro Hac Vice Admission filed on behalf of Movant is granted. Lorraine D. Taylor is admitted to practice in this Court.

By _____
United States District Judge