IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK A. VICKERS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 10-423 |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | ) JUDGE GARY L. LANCASTER |
| Defendant. | ) ELECTRONIC FILING |

ORDER

AND NOW, this __30th__ day of __November__, 2010, upon consideration of the Commissioner's Motion to Remand, it is hereby

ORDERED

that such motion is granted and this action is remanded to Defendant for further administrative proceedings consistent with this motion.

The remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

_____
C.J.